UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

HECTOR LAFOSSE,

                Plaintiff,

-against-

CITY OF NEW YORK, JOHN DOE #1, JOHN DOE #2,

                Defendants.

------------------------------------ x

ORDER

20 Civ. 9684 (GBD)

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled to occur on March 23, 2021 is hereby adjourned to April 27, 2021 at 9:30 a.m.

Dated: March 17, 2021
       New York, New York

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE