**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HECTOR LAFOSSE,

                         Plaintiff,

      -against-

CITY OF NEW YORK, JOHN DOE #1, JOHN
DOE #2,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 9684 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on April 27, 2021 at 9:30 a.m. is hereby cancelled

in light of this Court's referral to Magistrate Judge Parker for General Pretrial and Specific Non-

Dispositive Motion/Dispute.

Dated: April 26, 2021
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE