USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR LAFOSSE,

           Plaintiff,

-against-

CITY OF NEW YORK, JOHN DOE #1, and JOHN DOE #2,

           Defendants.

ORDER SCHEDULING DISCOVERY CONFERENCE

20-CV-9684 (GBD)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for General Pretrial; including a Specific Non-Dispositive Motion/Dispute: April 23, 2021 (Doc. No. 13).  A telephonic Discovery Conference will be held on **Monday, June 7, 2021 at 3:00 p.m.** to address the parties' outstanding discovery disputes.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated:    April 26, 2021
           New York, New York

*Katharine H. Parker*

                                      KATHARINE H. PARKER
                                      United States Magistrate Judge