USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR LAFOSSE,

          Plaintiff,

-against-

CITY OF NEW YORK, et al.,

          Defendants.

**ORDER**

20-CV-9684 (GBD) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    Plaintiff brings this action under 42 U.S.C. § 1983, asserting that while in custody, he was dragged facedown, down a flight of stairs and sustained injuries. On June 7, 2021, the Court held a case management conference whereby the Court determined that Plaintiff needed assistance in identifying the John Doe defendants in his Complaint, as his attorneys' reasonable efforts, which have included FOIL requests, have been unsuccessful. *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997).

    In the complaint, Plaintiff alleges that NYPD Officers John Does 1 and 2 ("Defendants") picked the Plaintiff up at New York Presbyterian Hospital on August 20, 2020 and took him to the New York City Department of Correction facility. Plaintiff alleges that the Defendants knew that Plaintiff had been shot in the abdomen but nonetheless dragged Plaintiff down a flight of stairs with his abdomen striking the stairs multiple times as he was dragged. The Law Department, which is the attorney for and agent of the NYPD in this action, shall endeavor to identify the names of the Defendants and provide their information to Plaintiff's counsel by **July 2, 2021.**

**SO ORDERED.**

Dated: New York, New York
June 7, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge