USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR LAFOSSE,

                         Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                         Defendants.

**ORDER**

**20-CV-9684 (GBD) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Following today's case management conference, the Court hereby orders that Defendants' Answer is due no later than September 3, 2021 and the parties are required to exchange initial disclosures by October 1, 2021.

Additionally, an in-person case management conference will be held on **Wednesday, October 13, 2021 at 10:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information.

    **SO ORDERED.**

Dated: New York, New York
       July 28, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge