USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR LAFOSSE,

                     Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                     Defendants.

**ORDER**

20-CV-9684 (GBD) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Following today's case management conference, the Court hereby orders the completion of fact discovery by March 31, 2022, and the completion of expert discovery by June 30, 2022. The Court also orders the parties to send a status letter regarding document discovery by Friday, December 10, 2021 and to note the scheduled date for mediation. Lastly, the Defendant is required to make a counteroffer by Friday, December 10, 2021 to assist with mediation efforts.

      **SO ORDERED.**

Dated: New York, New York
       October 13, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge