UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HECTOR LAFOSSE,

                Plaintiff,

  -against-

CITY OF NEW YORK, JOHN DOE #1, JOHN DOE #2,

                Defendants.

------------------------------------- x

ORDER

20 Civ. 9684 (GBD)

GEORGE B. DANIELS, District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: February 24, 2022
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge